No. 600. IN RE CLAYTON C. GILLILAND. February 27, 1939. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Thomas W. Payne* for petitioner. *Messrs. George H. Heideman, Thomas Read,* Attorney General of Michigan, and *Edmund E. Shephard,* Assistant Attorney General, in opposition.

No. 602. NORTHERN TRUST CO., EXECUTOR, ET AL. *v.* EDENBORN. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. L. Herold* for petitioners. *Messrs. R. E. Milling, A. B. Freyer,* and *R. C. Milling* for respondent.

No. 542. LEE, WARDEN, *v.* PERO ET AL. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Orland S. Loomis* and *Joseph E. Messerschmidt* for petitioner. No appearance for respondents.

No. 594. AMERICAN POTASH & CHEMICAL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. S. M. Haskins* and *Edmund M. Toland* for petitioner. *Solicitor General Jackson,* and *Messrs. Charles A. Horsky, Charles Fahy, Robert B. Watts,* and *Mortimer B. Wolf* for respondent.

No. 599. COWHERD *v.* PHOENIX JOINT STOCK LAND BANK ET AL. February 27, 1939. Petition for writ of

644

certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William Lemke and William A. Franken* for petitioner. *Messrs. John F. Reinhardt and Stonewall J. Jones* for respondents.

No. 601. DIVACK *v.* GOLDBERG, TRUSTEE IN BANKRUPTCY. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner. *Mr. Charles Goldberg, pro se.*

No. 604. STATE FARM MUTUAL AUTOMOBILE INSURANCE Co. *v.* DEWALT. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Mitchel J. Henderson* for petitioner. No appearance for respondent.

No. 607. HERRING *v.* ALABAMA GREAT SOUTHERN R. Co. February 27, 1939. Petition for writ of certiorari to the Supreme Court of Alabama denied. *Mr. Geo. Lewis Bailes* for petitioner. *Messrs. S. P. Smith, J. T. Stokely, Sidney S. Alderman,* and *S. R. Prince* for respondent.

No. 610. HUDSON *v.* COMMISSIONER OF INTERNAL REVENUE. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Sam Costen* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.